# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

FILED
Scott L. Poff, Clerk
United States District Court
By MGarcia at 11:28 am, Mar 26, 2020

ROY NOYAL REED, JR.,

    Petitioner,

v.

L. GETER,

    Respondent.

CIVIL ACTION NO.: 2:19-cv-161

## O R D E R

This matter is before the Court on Petitioner Roy Reed's ("Reed") Response to the Report recommending dismissal of his 28 U.S.C. § 2241 Petition for failure to follow a Court Order, doc. 11. Doc. 12. In his Response, Reed asserts he timely mailed his response to the motion to dismiss, but his mailing was returned to him due to insufficient postage. Id. Reed states he did not know this Court did not receive this response until he received a copy of the March 11, 2020 Report and Recommendation. Id. Reed attached a copy of the envelope that contained his response and bears a postmark date of February 19, 2020. Doc. 12-1. Indeed, Reed has filed his response to the motion to dismiss, which is dated February 19, 2020. Doc. 13.

Thus, the Court **VACATES** the March 11, 2020 Report and Recommendation. The Court will now consider Respondent's motion to dismiss and Reed's response in the normal course of proceedings.

**SO ORDERED**, this 26th day of March, 2020.

    BENJAMIN W. CHEESBRO
    UNITED STATES MAGISTRATE JUDGE
    SOUTHERN DISTRICT OF GEORGIA