AO 450 (GAS Rev 10/03) Judgment in a Civil Case

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 2:43 pm, Aug 12, 2020

# United States District Court
## Southern District of Georgia

ROY NOYAL REED JR.

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:19cv161

L. GETER

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated August 11, 2020; the Report and Recommendations of the Magistrate Judge is ADOPTED as the opinion of this Court; Respondent's Motion to Dismiss is GRANTED; and the Court DISMISSES Reed's Petition and DENIES Petitioner in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: August 12, 2020

John Triplett, Acting Clerk of Court
Clerk

Megan Garcia
(By) Deputy Clerk

GAS Rev 10/1/03